▆▆▆ PHILLIP D. RUPERT, JR., Appellant, v DOLORES RUPERT, Respondent. [724 NYS2d 395] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Lunn, J. (Appeal from Order of Supreme Court, Monroe County, Lunn, J.—Discovery.) Present—Pine, J. P., Hayes, Wisner, Kehoe and Burns, JJ.